UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ANDRZEJ URBANOWSKI,

                              Plaintiff,

-against-

SULLIVAN LAND SERVICES LTD. and
B T AUTO TRANSPORT, LLC d/b/a
BT EXP GLOBAL SERVICES,

                              Defendants.
-----------------------------------------------------------------------x

15 Civ. 3427

**JURY DEMAND**

COUNSELORS:

       PLEASE TAKE NOTICE, that plaintiff in the above matter hereby demand a trial by jury. This is being served without prejudice to plaintiff's motion to remand but is simply to protect plaintiff's right to a jury trial.

Dated:  New York, New York
          June 15, 2015

                                              JAROSLAWICZ & JAROS PLLC
                                              Attorneys for Plaintiff
                                              225 Broadway, 24th Floor
                                              New York, New York 10007
                                              (212) 227-2780

                                              By: _____
                                                    *David Jaroslawicz (6931)*

TO:

Gartner & Bloom, P.C.
Attorneys for Defendant Sullivan Land
801 Second Avenue, 15th Floor
New York, New York 10017

Yeskoo Hogan & Tamlyn, LLP
909 Third Avenue, 28th Floor
New York, New York   10022
    and
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, Texas   75201

Attorneys for BT Auto Transport

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

Rochelle Meyer, being duly sworn, deposes and says:

That she is over eighteen years of age, is not a party to this action; and is employed by the attorney for the plaintiff(s) herein. That on June 15, 2015 she served the within:

### Jury Demand

upon the following, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Gartner & Bloom, P.C.
Attorneys for Defendant Sullivan Land
801 Second Avenue, 15th Floor
New York, New York 10017

Yeskoo Hogan & Tamlyn, LLP
909 Third Avenue, 28th Floor
New York, New York   10022
    and
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, Texas   75201

Attorneys for BT Auto Transport

_____
Rochelle Meyer

Sworn to before me this
June 15, 2015

_____
Notary Public

DAVID JAROSLAWICZ
Notary Public, State of New York
No. 02JA7075140
Qualified in New York County
Commission Expires August 20, 2018